**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01002-REB-MEH

1920 DENVER, INC.,
FORTNEY, FORTNEY, & FORTNEY, LLP, and
BROTHERS FRANCHISING & DEVELOPMENT, LLC,

     Plaintiffs,

v.

MY BROTHERS, INC.,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal** [#20] filed November 22, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#20] filed November 22, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for May 13, 2011, is **VACATED**;

3. That the trial to the court set to commence May 16, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 22, 2010, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge